**Maria Leticia Diaz DE SARABIA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–73843.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provid- ed by 9th Cir. R. 36–3.

Submitted Jan. 15, 2013.*

Filed Jan. 16, 2013.

Yevgeniy Chechenin, Berkeley, Ca, for Petitioner.

Oil, U.S. Department Of Justice, Tracey McDonald, Ernesto Horacio Molina, Jr., Esquire, Senior Litigation Counsel, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

MEMORANDUM **

Maria Leticia Diaz De Sarabia petitions for review of an order of the Department of Homeland Security reinstating an April 10, 2000, expedited order of removal against a Leticia Diaz Corral. We have jurisdiction under 8 U.S.C. § 1252 to review the agency's compliance with the reinstatement regulations. We review de novo questions of law and due process claims. *Garcia de Rincon v. Dept. of Homeland Sec.*, 539 F.3d 1133, 1136–37 (9th Cir.2008). We grant the petition for review, and remand.

Contrary to respondent's contentions, the reinstatement order is invalid because the record does not establish that the immigration officer complied with the re-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

quirements for verification of identity in disputed cases. *See* 8 C.F.R. § 241.8(a)(2).

**PETITION FOR REVIEW GRANTED; ORDER VACATED; REMANDED.**